JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION** | **CASE NO: 2:18:-ML-02814-AB-FFM** |
| **THIS DOCUMENT RELATES ONLY TO:** Devin Sherman Jones and Ann Elliott Sherman v. Ford Motor Company, et. al., 2:18-cv-08026-AB-FFM | **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Honorable Judge Andre Birotte Jr., |

-1-

[~~PROPOSED~~ ORDER] GRANTING JOINT STIPULATION FOR DISMISSAL

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 9, 2020

_____
HONORABLE JUDGE ANDRE BIROTTE JR.,